IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**VERNON GRANVILLE**　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**#219337**

v.　　　　　　　　　　　No. 3:22-cv-222-DPM

KEITH BOWERS, Jail Administrator,
Craighead County Detention Center and
MARTY BOYD, Sheriff, Craighead County　　　　　　　　**DEFENDANTS**

### ORDER

1. The Court withdraws the reference.

2. Granville hasn't responded to the Court's 7 September 2022 Order, *Doc. 6*; and his mail is still being returned undelivered. *Doc. 4, 5, 7 & 8*. Granville's complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

14 October 2022