Simple

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**VERNON GRANVILLE**                                                            PLAINTIFF
**#219337**

v.                              No. 3:22-cv-222-DPM

**KEITH BOWERS, Jail Administrator,
Craighead County Detention Center and
MARTY BOYD, Sheriff, Craighead County**            DEFENDANTS

## JUDGMENT

Granville's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

14 October 2022