# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

VERNON GRANVILLE                                                                              PLAINTIFF

V.                                    No. 3:22-CV-00222-DPM-JTR

KEITH BOWERS, Jail Administrator,
Craighead County Detention Center, *et al*.                                                   DEFENDANTS

## ORDER

On December 19, 2022, United States District Judge D. P. Marshall, Jr. entered an Order that, among other things: (1) reopened this case; (2) directed the Clerk to send Plaintiff Vernon Granville ("Granville") a new Application to Proceed *in forma pauperis* ("IFP Application") to his current address of record;[1] and (3) returned this case to me for further proceedings. *Doc. 16.*

If Granville wishes to continue pursuing this lawsuit, he must, within thirty (30) days of the date of this Order, either: (1) pay the $402 filing fee, in full; or (2) complete, sign, and file the IFP Application sent to him, including the certification of his inmate trust account and calculation sheet, both of which must be signed by an authorized jail representative. If Granville does not timely and properly comply

---

[1] Granville is currently an inmate in the Madison County (Tennessee) Jail in Jackson, Tennessee. *Docs. 12 & 13.*

with this Order, this case will be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2).

Jail officials are directed to assist Granville in the completion of these forms.

The Clerk is directed to send a copy of this Order to the Jail Administrator of the Madison County Jail located at 515 South Liberty Street in Jackson, Tennessee 38301.

IT IS SO ORDERED this 20th day of December, 2022.

_____
UNITED STATES MAGISTRATE JUDGE