IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

VERNON GRANVILLE                                                                PLAINTIFF

v.                              No. 3:22-cv-222-DPM

KEITH BOWERS, Jail Administrator,
Craighead County and MARTY BOYD,
Sheriff, Craighead County                                                       DEFENDANTS

## JUDGMENT

Granville's complaint is dismissed without prejudice.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 June 2023